U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 2 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-00215 |
|---|---|---|
| | * | |
| | * | 18 U.S.C. §§ 111(a)(1) and (b) |
| VERSUS | * | |
| | * | |
| | * | JUDGE DEE D. DRELL |
| DEVAN DONTAY HARRIS | * | MAGISTRATE JUDGE KIRK |

## INDICTMENT

THE GRAND JURY CHARGES:

**Count 1**
18 U.S.C. §§ 111(a)(1), (b)
(Assault of a Government Employee Resulting in Serious Bodily Injury)

On or about June 6, 2008, in the Western District of Louisiana, the Defendant, **DEVAN DONTAY HARRIS**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.B., a corrections officer at the United States Penitentiary in Pollock, Louisiana, while R.B. was engaged in his official duties, and did cause bodily injury to R.B., in violation of Title 18, United States Code, Section 111. [18 U.S.C. § 111]

A TRUE BILL:

DONALD W. WASHINGTON
United States Attorney

By: CYTHERIA D. JERNIGAN (D.C. Bar #494742)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600