U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 25 2017

TONY R. MOORE, CLERK
BY: _____ MB
         DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEVAN DONTAY HARRIS | Crim. No. 1:08-cr-00215 |
| v. | |
| UNITED STATES OF AMERICA | Civ. No. 1:16-cv-00924 |

## ORDER

CONSIDERING THE FOREGOING,

IT IS ORDERED that defendant-movant, DEVAN DONTAY HARRIS, Motion to Vacate Sentence Pursuant to Section 2255 be DISMISSED WITHOUT PREJUDICE and Rebecca L. Hudsmith be allowed to withdraw as counsel of record for defendant.

ALEXANDRIA, LOUISIANA, THIS 25th DAY OF APRIL, 2017

_____      _____
**DATE**                                            **DISTRICT COURT JUDGE**